## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAUNA J. BARNETT,       )
                               )
           Plaintiff,       )
                               )
-vs-                       )   Case No.  CIV-07-1294-F
                               )
MICHAEL J. ASTRUE,       )
Commissioner of Social      )
Security Administration,     )
                               )
          Defendant.     )

## <u>ORDER</u>

On September 18, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that the Commissioner's final decision denying plaintiff's application for supplemental security income payments under the Social Security Act be reversed and that the case be remanded for further administrative proceedings.  Magistrate Judge Roberts therein advised the parties of their right to object to the Report  and  Recommendation by October 8, 2008, and further advised the parties that failure to file a timely objection waives the right to appellate review of both factual and legal issues in the Report and Recommendation.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed.  With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on September 18, 2008 (doc. no. 21) is **ACCEPTED**,

**ADOPTED**, and **AFFIRMED**.   The decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Judgment shall issue forthwith.

DATED October 9, 2008.


_____

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


07-1294p002(pub).wpd